IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LAZARUS CALHOUN,**

    **Plaintiff,**

vs.                                                                        **CASE NO. 1:07CV156-MMP/AK**

**CITY OF GAINESVILLE,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

The complaint in this cause was filed on August 24, 2007. (Doc. 1). An order directing that monthly payments be made was mailed to Plaintiff at his last known address on August 29, 2007 (doc. 7), but was returned as undeliverable and a new address was provided. (Doc. 8). The order was re-mailed to the new address, but this, too, came back as undeliverable. (Doc. 9). An Order to Show Cause was entered on November 28, 2007, and mailed to the last address, but no response has been made, no partial filing fee paid, and nothing has been returned. Plaintiff has not contacted the Court at all to provide his new addresses or otherwise communicate with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court

directing that he pay a partial filing fee or respond to the show cause order.  (Docs. 7 and 10).  He has also not advised the Court of his changing addresses. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **4th** day of January, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:07CV156-MP/AK