IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAZARUS CALHOUN,

    Plaintiff,

v.                                        CASE NO. 1:07-cv-00156-MP-AK

CITY OF GAINESVILLE,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Report and Recommendation of the Magistrate Judge, recommending dismissal of this case. The time for filing objections has passed and none have been filed. Additionally, the Court notes that mail sent to the address given by Plaintiff has been returned undeliverable. A party has the responsibility to keep the Court aware of his whereabouts in a timely manner. Failure to do so is alone a valid reason for dismissal. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     Plaintiff's complaint, doc. 1, is DISMISSED for failure to prosecute and to follow orders of the Court.

**DONE AND ORDERED** this *6th* day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge